

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Jose Alfredo Guerra

                            **Plaintiff,**

V.

Nancy A. Berryhill, Acting Commissioner of Social Security

                            **Defendant.**

Civil Action No.  19-cv-00852-RBM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's request for remand is Denied and the decision of the Commissioner is Affirmed.

Date:  12/6/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

                                              M. Exler, Deputy